**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)        Case Number **12−61058**

UNITED STATES BANKRUPTCY COURT Eastern District of Texas

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 12/24/12 and was converted to a case under chapter 7 on 6/18/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daniel Ray Stanley Jr.<br>dba SHR Construction Co.<br>13537 Spur 364<br>Tyler, TX 75709 | Paula Jean Stanley<br>fka Paula Jean Bodin<br>13537 Spur 364<br>Tyler, TX 75709 |
| Case Number:<br>12−61058 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−8116<br>xxx−xx−4812 |
| Attorney for Debtor(s) (name and address):<br>Gordon Mosley<br>4411 Old Bullard Rd #700<br>Tyler, TX 75703<br>Telephone number:  (903) 534−5396 | Bankruptcy Trustee (name and address):<br>Jason Searcy<br>P. O. Box 3929<br>Longview, TX 75606<br>Telephone number:  (903) 757−3399 |

## Meeting of Creditors

Date: **July 30, 2013**        Time: **10:00 AM**

Location: **Plaza Tower, 3rd Floor, Suite 301, 110 N. College Ave., Tyler, TX 75702**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/30/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Plaza Tower<br>110 N. College Avenue<br>Ninth Floor<br>Tyler, TX 75702<br>Telephone number:  903−590−3200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date:  6/20/13 |

**EXPLANATIONS**                                                    B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                     Case No. 12-61058-bp
Daniel Ray Stanley, Jr.                                                    Chapter 7
Paula Jean Stanley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0540-6          User: duked          Page 1 of 4          Date Rcvd: Jun 20, 2013
                              Form ID: B9a          Total Noticed: 102

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2013.
```
db/jdb     +Daniel Ray Stanley, Jr.,   Paula Jean Stanley,   13537 Spur 364,   Tyler, TX 75709-5134
aty        +Charles E. Lauffer, Jr.,   Ritcheson, Lauffer & Vincent, P.C.,   Two American Center,
             821 ESE Loop 323, Suite 530,   Tyler, TX 75701-9779
aty        +Glen E. Patrick,   McNally & Patrick, LLP,   100 E Ferguson Street,   Ste 400,
             Tyler, TX 75702-5758
aty        +Patti H. Bass,   Bass & Associates,   3936 E. Ft. Lowell Rd. Suite 200,   Tucson, AZ 85712-1083
aty         Tab Beall,   Perdue Brandon Fielder Collins & Mott,   PO Box 2007,   Tyler, TX 75710-2007
cr         +Austin Bank Texas, N.A.,   c/o Glen Patrick,   McNally & Patrick, LLP,   100 E. Ferguson, Ste 400,
             Tyler, TX 75702-5758
cr         +Southside Bank,   c/o Charles E. Lauffer, Jr.,   Two American Center,
             821 ESE Loop 323, Suite 530,   Tyler, TX 75701-9779
6502412    +AAA Rental,   Timothy G. Moore,   302 Pine Tree Rd.,   Longview, TX 75604-4106
6446096    +AAA Rentals,   13154 S. Hwy 155 S. Suite A,   Tyler, TX 75703-6549
6446097    +AAA Sanitation,   1500 W. Claude St.,   Tyler, TX 75702-5405
6446105    +AT&T Advertising Solutions,   PO Box 5010,   Carol Stream, IL 60197-5010
6446101    +Andy's Mill,   PO Box 500,   Wolfe City, TX 75496-0500
6446108     Attorney General of Texas,   P.O. Box 12048,   Austin, Texas 78711-2048
6446109    +Attorney General of Texas,   Taxation Div - Bankruptcy,   Box 12548 Capitol Station,
             Austin Texas 78711-2548
6446107     Attorney General of Texas,   Child Support Division,   3520 Robertson Road Suite 501,
             Tyler, TX 75701
6446106     Attorney General of Texas,   Attn: Child Support Division,   PO Box 13499,
             Austin TX 78711-3499
6446110    +Austin Bank Texas Na,   Po Box 951,   Jacksonville, TX 75766-0951
6446111     Bill Richey,   400 Neches at Crockett,   Beaumont, Texas 77701
6446112    +Brown & Joseph Steam Energy LTD,   PO Box 59838,   Schaumburg, IL 60159-0838
6446113    +Builders Carpet & Design Center,   3100 Alma Rd.,   McKinney, TX 75070-4800
6446114    +Cap1/bstby,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3438
6519914    +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
6446116    +Cassity Jones,   Timothy G. Moore,   302 Pine Tree Rd.,   Longview, TX 75604-4106
6446117    +Christy Murphy,   1216 Nashua Street,   Houston, TX 77008-6455
6446120    +Clay Wilder,   Wilder & Wilder, P.C.,   200 North Main Street,   Henderson, Texas 75652-3140
6446122    +Credit Watch Services,   1940 Lodge Rd. Suite 220,   Kennesaw, GA 30144-7553
6446123    +Department of Veterans Affairs,   PO Box 530269,   Atlanta, GA 30353-0269
6446124    +Designer Carpet,   3100 Alma Rd.,   McKinney, TX 75070-4800
6502413    +Eleanor Stringer,   2424 Old Bullard Rd.,   Tyler, TX 75701-5331
6446128    +Firetrol Protection Services,   2134-C Anthony Dr.,   Tyler, TX 75701-8492
6446131    +Gulf State Lumber,   302 E. Line,   Tyler, TX 75702-5897
6534281    +Gulf State Lumber Company,   c/o Frank O. McClendon, III,   PO Box 1049,   Tyler, TX 75710-1049
6446132    +Gypsum Supply,   8301 John Carpenter Freeway,   Dallas, TX 75247-4724
6535229    +Harold J. Wallace and Florence W. Wallace,   c/o Charles E. Lauffer, Jr.,
             821 ESE Loop 323, Suite 530,   Tyler, TX 75701-9779
6446133    +Higginbottom,   100 East Ferguson Suite 912,   Tyler, TX 75702-5753
6446135   #+Home Plus,   3819 SSW Loop 323,   Tyler, TX 75701-9231
6504833    +Home Plus,   c/o Timothy G. Moore,   302 Pine Tree Rd.,   Longview, TX 75604-4106
6446137    +ISC,   PO Box 55489,   Houston, TX 77255-5489
6510493    +Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
6446138    +John Cowan & Associates, Inc.,   2012 Anthony Dr.,   Tyler, Texas 75701-8401
6446139    +Keeney, Baynham & Jarrel,   Attorneys and Counselors at Law,   100 E. Ferguson, Suite 912,
             Tyler, TX 75702-5753
6446140    +Kelly Community Fcu,   2105 N Grand Ave,   Tyler, TX 75702-1810
6446141    +Linebarger Goggan Blair & Sampson, LLP,   1517 W. Front St., Ste 202,   Tyler, TX 75702-7854
6446143    +Mark Frasher,   Attorney at Law, PC,   345 N. 10th Street,   Beaumont, Texas 77702-1901
6446145     Perdue, Brandon, Fielder,,   Collins & Mott, L.L.P.,   PO Box 2007,   Tyler, TX 75710-2007
6446147    +Rauch-Millken Int.,   PO Box 8390,   Metairie, LA 70011-8390
6446148    +Ritcheson Lauffer & Vincent, PC,   821 ESE Loop 323, Ste. #530,   Tyler, TX 75701-9779
6446149    +Ritter Lumber Co.,   PO Box 1265,   Nederland, TX 77627-1265
6446150    +Rocky Lawdermilk,   2630 Liberty,   Beaumont, TX 77702-1914
6446151    +Sherwin Williams,   1290 SSW Loop 323,   Tyler, TX 75701-2500
6446152     Smith County Appraisal District,   245 SSE Loop 323,   Tyler, TX 75702-6456
6446153     Smith County Tax Assessor,   Perdue, Brandon, Fielder,   Collins & Mott, LLP,   PO Box 2007,
             Tyler, TX 75710-2007
6459540    +Southside Bank,   c/o Charles E. Lauffer, Jr.,   821 ESE Loop 323, Suite 530,
             Tyler, TX 75701-9779
6446154    +Southside Bank,   1201 S Beckham Ave,   Tyler, TX 75701-3320
6446156    +State Comp of Public Accts,   ATTN: Bankruptcy Section,   PO Box 13528,   Austin Texas 78711-3528
6446157    +Stream,   PO Box 650026,   Dallas, TX 75265-0026
6446158     Texas Children's Pediatric Association,   PO Box 841969,   Dallas, TX 75284-1969
6446160   #+The Stuart Law Group LLC,   1940 Lodge Rd. Ste 220,   Kennesaw, GA 30144-7553
6446161    +Traci Willis,   12711 Briar Harbor,   Tomball, TX 77377-8077
6446162    +Troy V. Smith,   Office of the Attorney General,   Child Support Division,
             3250 Robertson Road Suite 501,   Tyler, TX 75701-2513
```

```
District/off: 0540-6          User: duked              Page 2 of 4          Date Rcvd: Jun 20, 2013
                              Form ID: B9a              Total Noticed: 102
```

```
6453120      Tyler Independent School District,   c/o Tab Beall,   Perdue Brandon Fielder Collins & Mott,
             PO Box 2007,   Tyler, TX  75710-2007
6446163      Tyler Independent School District,   Smith County Tax Collector,   PO Box 2011,
             Tyler, TX  75710-2011
6446164     +United States Attorney,   110 N College,   Suite 700,   Tyler Texas 75702-0204
6446165     +United States Attorney General,   Eric H. Holder,   U.S. Department of Justice,
             950 Pennsylvania Ave. NW,   Washington, DC 20530-0009
6446166      Wachovia,   PO Box 15548,   Wilmington, DE 19886-5548
6462117     +YP Holdings, LLC,   Attn: Bankruptcy,   1430 Empire Central, 4th Flr.,   Dallas, TX 75247-4032
6446167     +Yellow Book,   PO Box 3162,   Cedar Rapids, IA 52406-3162
6496986     +Yellow Book Sales & Distrribution,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
             Timonium, Maryland 21094-5126
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: gmosley@suddenlinkmail.com Jun 21 2013 00:32:00     Gordon Mosley,
             4411 Old Bullard Rd #700,   Tyler, TX  75703
aty         +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 21 2013 00:38:48     Laurie Spindler Huffman,
             Linebarger, Goggan, Blair & Sampson,   2323 Bryan St., Suite 1600,   Dallas, TX 75201-2644
tr          +EDI: QJSEARCY.COM Jun 21 2013 00:33:00     Jason Searcy,   P. O. Box 3929,
             Longview, TX 75606-3929
ust         +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jun 21 2013 00:37:39     US Trustee,
             Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
cr          +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 21 2013 00:38:48     Smith County,
             Linebarger Goggan Blair & Sampson,LLP,   c/o Laurie Spindler Huffman,   2323 Bryan Street,
             Suite 1600,   Dallas, TX 75201-2644
6446104      EDI: ATTWIREBK.COM Jun 21 2013 00:33:00     AT&T,   PO Box 8212,   Aurora, IL 60572-8212
6446100      EDI: AMEREXPR.COM Jun 21 2013 00:33:00     American Express,   PO Box 981535,
             El Paso, TX 79998-1535
6446102     +EDI: APPLIEDBANK.COM Jun 21 2013 00:33:00     Applied Card Bank,   Attention: Bankruptcy,
             PO Box 17125,   Wilmington, DE 19850-7125
6446103     +EDI: ACCE.COM Jun 21 2013 00:33:00     Asset Acceptance,   PO Box 2039,   Warren, MI 48090-2039
6468380     +EDI: ACCE.COM Jun 21 2013 00:33:00     Asset Acceptance LLC,   P.O. Box 2036,
             Warren Mi 48090-2036
6446115     +EDI: CAPITALONE.COM Jun 21 2013 00:33:00     Capital 1 Bank,   Attn: Bankruptcy Dept.,
             PO Box 30285,   Salt Lake City, UT 84130-0285
6490409      EDI: CAPITALONE.COM Jun 21 2013 00:33:00     Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
6447225     +E-mail/Text: bankruptcy@cavps.com Jun 21 2013 00:46:36     Cavalry Portfolio Services,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
6446118      EDI: CITICORP.COM Jun 21 2013 00:33:00     Citibank,   PO Box 6000,   The Lakes NV  89163-6000
6446119     +EDI: CITICORP.COM Jun 21 2013 00:33:00     Citibank Usa,
             CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,   PO Box 20507,   Kansas City, MO 64195-0507
6446121     +E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM Jun 21 2013 00:46:12     Credit Systems Intl In,
             1277 Country Club Ln,   Fort Worth, TX 76112-2304
6453145     +EDI: TSYS2.COM Jun 21 2013 00:33:00     Department Stores National Bank/Macy's,
             Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
6449770      EDI: DISCOVER.COM Jun 21 2013 00:33:00     Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
6446126     +EDI: DISCOVER.COM Jun 21 2013 00:33:00     Discover Fin Svcs Llc,   Po Box15316,
             Wilmington, DE 19850-5316
6446125     +EDI: DISCOVER.COM Jun 21 2013 00:33:00     Discover Fin Svcs Llc,   Po Box 29033,
             Phoenix, AZ 85038-9033
6446127      EDI: TSYS2.COM Jun 21 2013 00:33:00     Dsnb Macys,   911 Duke Blvd,   Mason, OH 45040
6446129     +EDI: AMINFOFP.COM Jun 21 2013 00:33:00     Fst Premier,   601 S Minnesota Ave,
             Sioux Falls, SD 57104-4824
6446130      E-mail/Text: gmosley@suddenlinkmail.com Jun 21 2013 00:32:00     Gordon Mosley,
             441 Old Bullard Rd., Ste. 700,   Tyler, Texas 75703
6446134      EDI: RMSC.COM Jun 21 2013 00:33:00     Home Depot,   PO Box 103047,   Roswell, GA 30076
6446136      EDI: IRS.COM Jun 21 2013 00:33:00     Internal Revenue Service,
             Centralized Insolvency Operations,   P.O. Box 21126,   Philadelphia, PA 19114-0326
6530719      EDI: RESURGENT.COM Jun 21 2013 00:33:00     LVNV Funding, LLC its successors and assigns as,
             assignee of Beneficial National Bank USA,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
6530718      EDI: RESURGENT.COM Jun 21 2013 00:33:00     LVNV Funding, LLC its successors and assigns as,
             assignee of Arrow Financial Services,,   LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
6446142     +EDI: RMSC.COM Jun 21 2013 00:33:00     Lowes / MBGA / GEMB,   Attention: Bankruptcy Department,
             PO Box 103104,   Roswell, GA 30076-9104
6446144     +E-mail/Text: bknotices@mbandw.com Jun 21 2013 00:46:38     McCarthy, Burgess, & Wolff,
             26000 Cannon Rd,   Bedford, OH 44146-1807
6446146      EDI: PRA.COM Jun 21 2013 00:33:00     Portfolio Recovery,   PO Box 12914,   Norfolk, VA 23541
6535305      EDI: PRA.COM Jun 21 2013 00:33:00     Portfolio Recovery Associates, LLC,   POB 41067,
             Norfolk VA 23541
6475215      EDI: Q3G.COM Jun 21 2013 00:33:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
             PO Box 788,   Kirkland, WA  98083-0788
6470238     +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 21 2013 00:38:48     Smith County,
             c/o Laurie Spindler Huffman,   Linebarger Goggan Blair & Sampson,LLP,
             2323 Bryan Street Suite 1600,   Dallas, TX 75201-2644
6446159      E-mail/Text: redpacer@twc.state.tx.us Jun 21 2013 00:46:10     Texas Workforce Commission,
             Attn: Bankruptcy Information,   101 E 15th St,   Austin Texas  78778-0001
```

```
District/off: 0540-6          User: duked              Page 3 of 4            Date Rcvd: Jun 20, 2013
                              Form ID: B9a             Total Noticed: 102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                              TOTAL: 34
```

```
                    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
cr*          TYLER INDEPENDENT SCHOOL DISTRICT,   C/O TAB BEALL,   PERDUE BRANDON FIELDER COLLINS & MOTT,
              PO BOX 2007,   TYLER, TX  75710-2007
6446155*    +Southside Bank,   1201 S. Beckham Avenue,   Tyler, TX 75701-3320
6446098    ##+ABC Suppy Co.,   PO Box 561648,   Dallas, TX 75356-1648
6446099    ##+All Seasons Windows & Door Mfg.,   PO Box 2747,   Longview, TX 75606-2747
                                                                          TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2013**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0540-6          User: duked          Page 4 of 4          Date Rcvd: Jun 20, 2013
                              Form ID: B9a         Total Noticed: 102
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2013 at the address(es) listed below:
        Charles E. Lauffer, Jr.   on behalf of Creditor   Southside Bank crystall@rllawfirm.net
        Glen E. Patrick   on behalf of Creditor   Austin Bank Texas, N.A. gpoffice@suddenlinkmail.com
        Gordon  Mosley   on behalf of Debtor Daniel Ray Stanley, Jr. gmosley@suddenlinkmail.com,
     gordonm@suddenlinkmail.com
        Gordon  Mosley   on behalf of Joint Debtor Paula Jean Stanley gmosley@suddenlinkmail.com,
     gordonm@suddenlinkmail.com
        Jason  Searcy   jrstrustee@jrsearcylaw.com,  TX38@ecfcbis.com;jrsearcy@ecf.epiqsystems.com
        John  Talton.,   docs@ch13tyler.com
        Laurie Spindler Huffman   on behalf of Creditor   Smith County laurie.spindler@publicans.com,
     Matilde.Alvarado@publicans.com
        Patti H. Bass   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
        Tab  Beall   on behalf of Creditor   TYLER INDEPENDENT SCHOOL DISTRICT tbeall@pbfcm.com,
     tylbkc@pbfcm.com
        US Trustee   USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 10